# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVON MD LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 19-5378** |
| | : | |
| **STEVEN F. DEMAIO,** *et al.* | : | |

# ORDER

**AND NOW,** this 20th day of April 2020, upon considering Defendant Alledran Med LLC's Motion to dismiss (ECF Doc. No. 30) contesting our exercise of personal jurisdiction over it, Plaintiff's Response (ECF Doc. No. 33), having evaluated the adduced evidence, and for reasons in the accompanying Memorandum, it is **ORDERED** we**:**

1. **Grant** Alledran Med LLC's Motion to dismiss (ECF Doc. No. 30);

2. **Dismiss** all claims against Alledran Med LLC in this District; and,

3. Decline to transfer claims against Alledran Med LLC to the District of Connecticut.

*[signature]*
**KEARNEY, J.**